# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BARTICK,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>51ST ST. & 8TH AVE. CORP., and DOES 1-10,<br><br>　　　　　　　　Defendants. | Case No. 22-cv-275-MMA (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>[Doc. No. 11] |

On May 13, 2022, attorney Laura A. Steven filed a motion to withdraw as counsel of record for Plaintiff Michelle Bartick ("Plaintiff"). *See* Doc. No. 11. The motion is unopposed to date. *See* Docket. Plaintiff represents, and the docket reflects, that Plaintiff continues to be represented in this matter by three other attorneys. *See id.*; Doc. No. 11. The Court **GRANTS** the motion and **DIRECTS** the Clerk of Court to terminate Laura A. Steven as attorney of record for Plaintiff.

**IT IS SO ORDERED**.

Dated:  May 20, 2022

　　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*

　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　United States District Judge