# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE BARTICK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>51ST ST. & 8TH AVE. CORP., and DOES 1-10,<br><br>　　　　　　　　　　Defendants. | Case No. 22-cv-275-MMA (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 12] |

Plaintiff Michelle Bartick and Defendant 51st St. & 8th Ave. Corp. move to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a). *See* Doc. No. 12. Upon due consideration, good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs. The Court **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated: May 20, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　United States District Judge